Argued February 23, reversed and remanded February 23, reconsideration denied March 17, petition for review denied April 20, 1976

STATE OF OREGON, *Appellant,*

*v.*

LARRY GENE SUMMERFIELD, *Respondent.*

(No. C 75-05-1637 Cr, CA 4993)

546 P2d 479

*W. Michael Gillette,* Solicitor General, Salem, argued the cause for appellant. With him on the brief were James A. Hill, Jr., Assistant Attorney General, and Lee Johnson, Attorney General, Salem.

*Jeffrey S. Mutnick,* Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Lee, Judges.

PER CURIAM.

Reversed and remanded. *State v. Willis,* 24 Or App 409, 545 P2d 1392 (1976).